# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Malibu Media, LLC <br>        *Plaintiff,* <br><br> v. <br><br> John Doe subscriber assigned IP address 208.58.112.216, <br>        *Defendant.* | Civil Action No: 2:17-cv-05490-MSG |

## ENTRY OF APPEARANCE

To the Clerk of Court:

  Kindly enter my appearance on behalf of the defendant, John Doe subscriber assigned IP address 208.58.112.216, in the above-captioned matter.

DATE: *February 13, 2018*      BY:  */s/ John V. Rafferty*
                   John V. Rafferty, Esquire
                   *Attorney for Defendant, John Doe subscriber assigned IP address 208.58.112.216*
                   Attorney ID No. 315711
                   17 East Gay Street, Suite 100
                   West Chester, PA 19380
                   (610-696-8225)