UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

```
-----------------------------------------------------------------X
                                                                 :
MALIBU MEDIA, LLC,                                               :
                                                                 :    Civil Action No. 2:17-cv-05490-MSG
                                       Plaintiff,                :
                                                                 :
                        vs.                                      :
                                                                 :
JOHN DOE subscriber assigned IP address                          :
208.58.112.216,                                                  :
                                                                 :
                                       Defendant.                :
                                                                 :
-----------------------------------------------------------------X
```

## PLAINTIFF'S NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, John Doe subscriber assigned IP address 208.58.112.216 ("Defendant") through his counsel, John V. Rafferty. Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated: March 7, 2018                    Respectfully submitted,

                                        Rushie Law, PLLC

                            By:         /s/ *A. Jordan Rushie*
                                        A. Jordan Rushie, Esq.
                                        Rushie Law PLLC
                                        1010 N. Hancock Street
                                        Philadelphia, PA 19123
                                        P. 215-268-3978
                                        F. 215.505-0909
                                        jrushie@rushielaw.com
                                        PA Attorney Id: 209066
                                        *Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

     I hereby certify that on March 7, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system and via E-Mail.

                                        By:    /s/ *A. Jordan Rushie*
                                                  A.  Jordan Rushie, Esq.

**Counsel for Defendant:**
John V. Rafferty Esq.
Email: JRafferty@gawthrop.com