UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

```
-----------------------------------------------------------------X
                                                                 :
MALIBU MEDIA, LLC,                                               :
                                                                 :    Civil Action No. 2:17-cv-05490-MSG
                        Plaintiff,                               :
                                                                 :
              vs.                                                :
                                                                 :
JOHN DOE subscriber assigned IP address                          :
208.58.112.216,                                                  :
                                                                 :
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 208.58.112.216. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: March 22, 2018                    Respectfully submitted,

                                         Rushie Law, PLLC

                    By:    /s/ *A. Jordan Rushie*
                           A. Jordan Rushie, Esq.
                           Rushie Law PLLC
                           1010 N. Hancock Street
                           Philadelphia, PA 19123

1

P. 215-268-3978
F. 215.505-0909
jrushie@rushielaw.com
PA Attorney Id: 209066
*Attorneys for Plaintiff*

### **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system and via E-Mail.

By: /s/ *A. Jordan Rushie*
A. Jordan Rushie, Esq.

**Counsel for Defendant:**
John V. Rafferty Esq.
Email: JRafferty@gawthrop.com

2